AO 91 (Rev. 11/11) Criminal Complaint                     SAUSA Diya Rattan  (312) 613-5300

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFRY ESTRADA-PASTRANA | CASE NUMBER: 25 CR 45<br>**UNDER SEAL**<br><br>**FILED**<br>1/26/2025<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about November 5, 2024, at COOK COUNTY, IL, in the Northern District of Illinois, Eastern Division, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) | reentry of removed alien, by being present and found in the United States after having been previously removed |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

MATTHEW E POST
*Digitally signed by MATTHEW E POST*
*Date: 2025.01.26 08:14:04 -06'00'*

MATTHEW POST
Deportation Officer, Immigration & Customs Enforcement (ICE)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: January 26, 2025                              _____
                                                                  *Judge's signature*

City and state: Chicago, Illinois           GABRIEL A. FUENTES, U.S. Magistrate Judge
                                                              *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, MATTHEW POST, being duly sworn, state as follows:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE), and have been so employed for 9 years. I am a member of an investigative unit within ICE that specializes in the apprehension of criminal aliens. I work in conjunction with other law enforcement agencies reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens.

2. I submit this affidavit in support of a criminal complaint alleging that JEFRY ESTRADA-PASTRANA has violated Title 8, United States Code, Section 1326(a), Reentry of Removed Alien, by being present and found in the United States after having previously been removed. Because I submit this affidavit for the limited purpose of establishing probable cause to support a criminal complaint charging JEFRY ESTRADA-PASTRANA with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe establish that JEFRY ESTRADA-PASTRANA committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in

this affidavit, and my review of records maintained by ICE, other components of the Department of Homeland Security ("DHS"), and other government agencies.

4. According to DHS records, JEFRY ESTRADA-PASTRANA is a native and citizen of HONDURAS and has no claim to United States citizenship or lawful residence.

5. According to an analyst with DHS, criminal history records indicate that that on or about November 5, 2024, JEFRY ESTRADA-PASTRANA was arrested by the Chicago Police Department for a traffic offense. Records indicate that this offense was nolle prosequi on November 6, 2024.

6. According to DHS records, on or about November 23, 2007, July 2, 2008, August 19, 2010, November 16, 2012, June 19, 2015, and November 15, 2016, JEFRY ESTRADA-PASTRANA was ordered removed from the United States to HONDURAS by Immigration Officials.

7. DHS records reflect that JEFRY ESTRADA-PASTRANA has not applied for or received permission from the Secretary of the Department of Homeland Security to re-enter the United States.

8. According to Chicago Police Department records, on or about November 5, 2024, JEFRY ESTRADA-PASTRANA was arrested by the Chicago Police Department in Cook County, IL for a traffic offense and was processed and fingerprinted. The fingerprints were electronically provided to the Forensic Laboratory for Homeland Security Investigations ("HSI").

9. According to DHS records, on December 11, 2024, a fingerprint comparison analysis was conducted by the Homeland Security Investigations Forensic Laboratory and verified that JEFRY ESTRADA-PASTRANA is the same person who was removed from the United States on or about June 19, 2015.

10. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 5, 2024 at Cook County, Illinois, in the Northern District of Illinois, Eastern Division, JEFRY ESTRADA-PASTRANA, being an alien who last removed from the United States on or about June 19, 2015, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

FURTHER AFFIANT SAYETH NOT.

MATTHEW E POST  Digitally signed by MATTHEW E POST
Date: 2025.01.26 08:14:50 -06'00'

MATTHEW POST
Deportation Officer, Immigration & Customs Enforcement

SWORN TO AND AFFIRMED by telephone January 26, 2025.

Honorable GABRIEL A. FUENTES
United States Magistrate Judge

3