# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

UNITED STATES OF AMERICA
Plaintiff,

v.   Case No.: 1:25−cr−00045
Honorable Gabriel A. Fuentes

Jefry Estrada−Pastrana
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2025:

MINUTE entry before the Honorable Heather K. McShain: Detention hearing held on 01/29/2025. Pretrial appeared by telephone. Based on the additional information provided by defense counsel in the sealed supplement [12], the Court found Defendant is unable to afford counsel. Enter order appointing Kathleen Leon of the Federal Defender Program as counsel for Defendant. For the reasons stated on the record, the Court finds there are a combination of conditions to reasonably assure the defendant';s appearance at future court hearings. The Government's oral motion for pretrial detention is denied. Defendant and third−party custodian were admonished on the record regarding Defendant's conditions of release. Defendant released on a #036;4,500 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. As stated on the record at today's hearing, today's release order provides for Defendant to be released upon processing, meaning his release must occur in the ordinary course and may not be delayed (so that his criminal detention in this matter may not be prolonged) by the existence of any ICE civil administrative detainer request. See U.S. v. Valdez−Hurtado, 638 F. Supp. 3d 879, 888−97 (N.D. Ill. 2022). Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.